February 20, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF J.W., A JUVENILE

NO. 14-12-00675-CV

_____

      This cause, an appeal from an adjudication and disposition order, signed May 24, 2012, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the adjudication and disposition order of the court below **REVERSED** and **RENDER** judgment that the petition alleging delinquent conduct be dismissed with prejudice.

      We order appellee, The State of Texas, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.